# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Maggie M. Gatling**                    **Docket No. 7:07-CR-4-1**

### Petition for Action on Probation

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maggie M. Gatling, who, upon an earlier plea of guilty to Retaining Stolen Government Property, in violation of 18 U.S.C. §641, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 20, 2007, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2.    The defendant shall submit to financial or consumer credit counseling as directed by the probation office.

3.    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4.    The defendant shall pay a special assessment of $100.00. and restitution of $4,714.90.


### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

At the onset of supervision, the defendant was employed at M&H Enterprises where she worked as a project manager. Her salary was based on commission and work began to slow down once the economy started to decline, and at present, there is no work. The defendant has been unable to secure gainful employment. To assist her with job readiness skills, the probation officer is recommending the conditions of supervision be modified to include vocational training, cognitive behavioral training and educational services

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.    The defendant shall participate in a vocational training program as directed by the probation office.

2.    The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3.    The defendant shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the defendant's proficiency in skills such as reading, writing, mathematics, or computer use.

      Except as herein modified, the judgment shall remain in full force and effect.


Reviewed and approved,                          I declare under penalty of perjury that the
                                                foregoing is true and correct.


 /s/ Kevin L. Connolley                          /s/ Djoni B. Barrett
Kevin L. Connolley                              Djoni B. Barrett
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                472-C Western Blvd.
                                                Jacksonville, NC 28546-6862
                                                Phone: (910) 347-9038
                                                Executed On:  October 4, 2010


## ORDER OF COURT

Considered and ordered this __20__ day of __October__, 2010, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge